IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM A. MALONE,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF
CORRECTIONS,

    Defendant.

Case No. 13-cv-127-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Illinois Department of Corrections and against Plaintiff William A. Malone.

**DATED:**   September 20, 2013     **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                             By: s/ Abbie McNew, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**